# TEXAS SECRETARY of STATE
## JOSE A. ESPARZA

*7/11/19*

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 802256610 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | July 21, 2015 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32057827522 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | RAJK Fry LLC | | |
| **Address:** | 2102 WOOD ST<br>TEXARKANA, TX 75501 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Name | Address | Inactive Date |
|---|---|---|
| United States Corporation Agents, Inc. | 9900 Spectrum Drive<br>Austin, TX 78717 USA | |

[Order] [Return to Search]

**Instructions:**
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOSE A. ESPARZA

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

**Filing Number:** 802256610  
**Original Date of Filing:** July 21, 2015  
**Formation Date:** N/A  
**Tax ID:** 32057827522  
**Duration:** Perpetual  

**Entity Type:** Domestic Limited Liability Company (LLC)  
**Entity Status:** In existence  
**FEIN:**  

**Name:** RAJK Fry LLC  
**Address:** 2102 WOOD ST  
TEXARKANA, TX 75501 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| 🗹 | 616760180006 | Certificate of Formation | July 21, 2015 | July 21, 2015 | No | 2 |
| 🗹 | 618260800005 | Certificate of Assumed Business Name | July 28, 2015 | July 28, 2015 | No | 2 |
| 🗹 | 720261030001 | Public Information Report (PIR) | December 31, 2016 | March 7, 2017 | No | 1 |
| 🗹 | 716407000002 | Certificate of Assumed Business Name | February 17, 2017 | February 17, 2017 | No | 2 |
| 🗹 | 772902430001 | Public Information Report (PIR) | December 31, 2017 | November 10, 2017 | No | 2 |
| 🗹 | 855848530001 | Public Information Report (PIR) | December 31, 2018 | December 14, 2018 | No | 1 |

[ Order ]  [ Return to Search ]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOSE A. ESPARZA

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 802256610 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | July 21, 2015 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32057827522 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | RAJK Fry LLC | | |
| **Address:** | 2102 WOOD ST<br>TEXARKANA, TX 75501 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Name**<br>RAJK Fry LLC | | **Name Status**<br>In use | **Name Type**<br>Legal | **Name Inactive Date** | **Consent Filing #** |

[ Order ]  [ Return to Search ]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOSE A. ESPARZA

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

**Filing Number:** 802256610  
**Original Date of Filing:** July 21, 2015  
**Formation Date:** N/A  
**Tax ID:** 32057827522  
**Duration:** Perpetual  

**Entity Type:** Domestic Limited Liability Company (LLC)  
**Entity Status:** In existence  
**FEIN:**  

**Name:** RAJK Fry LLC  
**Address:** 2102 WOOD ST  
TEXARKANA, TX 75501 USA  

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Last Update** | **Name** | **Title** | | **Address** | |
| December 14, 2018 | RANDY FRIERSON | MANAGING MEMBER | | 1687 OLD BOSTON RD TEXARKANA, TX 75501 USA | |

[Order] [Return to Search]

**Instructions:**
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOSE A. ESPARZA

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 802256610 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | July 21, 2015 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32057827522 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | RAJK Fry LLC | | |
| **Address:** | 2102 WOOD ST<br>TEXARKANA, TX 75501 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| Assumed Name | Date of Filing | Expiration Date | Inactive Date | Name Status | Counties |
| TASC | July 28, 2015 | July 28, 2025 | | Active | All Counties |
| Cash Works | February 17, 2017 | February 17, 2027 | | Active | BOWIE, WILLIAMSON, |

Order    Return to Search

**Instructions:**
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOSE A. ESPARZA

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 802256610 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | July 21, 2015 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32057827522 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | RAJK Fry LLC | | |
| **Address:** | 2102 WOOD ST  TEXARKANA, TX 75501 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Name | Entity Type | Document Description | Filing Date | Entity Filing Number | Jurisdiction | Capacity |
|---|---|---|---|---|---|---|

There are no documents listed for this entity which match your inquiry.

[ Order ]　[ Return to Search ]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.