# Open New Bankruptcy Case (External)

## United States Bankruptcy Court

## Eastern District of Texas

[Notice of Bankruptcy Case Filing](#)

The following transaction was received from Rodney Dale McDaniel entered on 7/10/2019 at 1:49 PM CDT and filed on 7/10/2019

**Case Name:**     RAJK FRY, LLC
**Case Number:**     [19-50119](#)
**Document Number:** [1](#)

**Docket Text:**
Chapter 7 Voluntary Petition With Schedules, Statements, and All Other Required Documents.Filed by RAJK FRY, LLC Document Due 07/17/2019. (Attachments: # (1) Additional parties to be notified under Schedule F)(McDaniel, Rodney)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** RAJK Petition.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=995489823 [Date=7/10/2019] [FileNumber=18237723-0
] [62564e3898d139fc93c903dd9cb0b763ac0fdf95065be33078409b850563d0231c7
8b6a733bd73864407c97a6d1e787ce4bf1afbdeae98d8ecea3edcf971e7e3]]
**Document description:** Additional parties to be notified under Schedule F
**Original filename:** C:\fakepath\ADDITIONAL NOTICE F.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=995489823 [Date=7/10/2019] [FileNumber=18237723-1
] [4d210935b765f66efecb0507a9a06e0f750bf8e8dd2663f2d7105e52e2b5990c447
bae7772995e9dc335702e26e6846abbcb037ac33567788a4feb6ff641b12c]]

**19-50119 Notice will be electronically mailed to:**

Rodney Dale McDaniel on behalf of Debtor RAJK FRY, LLC
mcdanlaw@yahoo.com, binklegal@yahoo.com

US Trustee
USTPRegion06.TY.ECF@USDOJ.GOV

**19-50119 Notice will not be electronically mailed to:**