**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| **KEITH A. CAMPBELL,** | § § § § | |
| Plaintiff, | | |
| v. | § § § | Civil Action No.: 5:18-CV-00123-RWS-CMC |
| **TOTAL ACCOUNT SPECIALTY COLLECTIONS,** | § § § § | |
| Defendant. | § | |

# ORDER

Before the Court is Defendant Total Account Specialty Collections' Notice of Automatic Stay under 11 U.S.C. § 362 (Docket No. 22). Defendant's Notice states that it has filed for relief under Chapter 7 of the United States Code in the United States Bankruptcy Court for the Eastern District of Texas.[1] The bankruptcy proceeding has been assigned case number 19-50119. "Section 362 of the Bankruptcy Code provides that the filing of a bankruptcy petition operates as a stay of the commencement or continuation of all non-bankruptcy judicial proceedings against the debtor." *In re Coho Res., Inc.*, 345 F.3d 338, 343 (5th Cir. 2003). "The stay is automatic and 'springs into being immediately upon the filing of a bankruptcy petition.' " *Id. quoting Soares v. Brockton Credit Union (In re Soares)*, 107 F.3d 969, 975 (1st Cir. 1997). Pursuant to Defendant's Notice of Automatic Stay under 11 U.S.C. § 362, Plaintiff's claims against Defendant are **STAYED**.

**SIGNED this 7th day of August, 2019.**

*/s/ Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant operated under the acronym TASC, which is a dba of Texas entity RAJK Fry LLC. RAJK Fry LLC is the entity that filed for bankruptcy.